# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1640
_____

CURTIS V. EUGENE,

    Appellant,

    v.

CRIMINAL JUSTICE STANDARDS
AND TRAINING COMMISSION
(FLORIDA DEPARTMENT OF LAW
ENFORCEMENT),

    Appellee.

_____


On appeal from the Criminal Justice Standards and Training Commission.
Tommy Ford, Chairman.

May 19, 2026


PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Stephan Lopez of Stephan Lopez Law Firm, LLC, Miami Lakes, for Appellant.

Kate Holmes, General Counsel, and Andy Digby, Assistant General Counsel, Tallahassee, for Appellee.